UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TED DURBIN (#132464)
ET AL.

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 10-655-JJB

## SUPPLEMENTAL RULING AND ORDER

On June 3, 2011, the court issued a ruling approving and adopting the Report and Recommendation of the Magistrate Judge dated May 9, 2011. In so doing, the court stated that plaintiff had failed to file an objection. Plaintiff has just filed an objection (doc. 35) noting his earlier objection (doc. 33), which was filed on June 1, 2011.

The court has reviewed plaintiffs submissions (docs. 33 and 35). The only argument with merit relates to the claims that were referred back to the magistrate judge for further proceedings. Accordingly, the court simply reinstates its prior ruling approving and adopting the report, with the added notation that plaintiff's objection lacks merit.

Baton Rouge, Louisiana, this 27th day of June, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE